Anton D. PEARSON, Plaintiff–Appellant,

v.

NASSAU COUNTY MEDICAL CENTER, Defendant–Appellee.

Docket No. 00–9190.

United States Court of Appeals,
Second Circuit.

June 20, 2001.

Anton D. Pearson, Hempstead, NY, pro se.

Paul F. Millus; Stewart J. Epstein, Judy H. Kim, of counsel, Snitow & Cunningham, LLP, New York, NY, for appellee.

Present LEVAL, PARKER, Circuit Judges, KEENAN,* District Judge.

SUMMARY ORDER

ON CONSIDERATION WHEREOF, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the deci-

* The Honorable Miriam Goldman Cedarbaum, United States District Court for the Southern District of New York, sitting by designation.

* Honorable John F. Keenan, of the United States District Court for the Southern District of New York, sitting by designation.

sion of the district court be and it hereby is AFFIRMED.

Plaintiff Anton D. Pearson appeals from the district court's grant of judgment as a matter of law dismissing his complaint. The complaint alleges disability and race discrimination by his former employer, defendant Nassau County Medical Center, in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 *et seq.* and Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*

Plaintiff has submitted insufficient evidence for a reasonable trier of fact to find in his favor on either his disability or race discrimination claim. Accordingly, we AFFIRM the judgment of the district court.